# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM KARIUKI MWANGI,<br><br>Petitioner,<br><br>v.<br><br>ELAINE C. DUKE, et al.,<br><br>Respondent. | Case No. SACV 17-1549-VBF (KK)<br><br>ORDER TO SHOW CAUSE |

On September 7, 2017, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody. ECF Docket No. ("Dkt") 1. On September 11, 2017, the Court issued an Order requiring an Answer/Return to the Petition be filed not later than October 11, 2017. Dkt. 5. As of this date, Respondent has not complied with the September 11, 2017 Order.

Accordingly, Respondent is ORDERED TO SHOW CAUSE in writing, **on or before October 20, 2017**, why Respondent has failed to file an Answer. Respondent is cautioned failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.

Dated: October 13, 2017

HONORABLE KENLY KIYA KATO
United States Magistrate Judge